UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK, an individual,<br><br>           Plaintiff,<br><br>v.<br><br>GG HOMES, INC., a California corporation; and PAUL GREEN, an individual,<br><br>           Defendants. | Case No.: 3:24-cv-01305-JAH-MSB<br><br>**ORDER DENYING MOTION TO QUASH OR REVOKE PRO HAC VICE APPLICATION**<br><br>ECF No. 17. |

Plaintiff Collette Stark's Motion to Quash or Revoke Pro Hac Vice Application of attorney Aaron Paul Heeringa is summarily denied. *Gallo v. U.S. Dist. Court for Dist. of Arizona*, 349 F.3d 1169, 1185 (9th Cir. 2003) ("The decision to grant pro hac vice status is discretionary.").

**IT IS SO ORDERED.**

DATED: September 17, 2024

                    _____
                    JOHN A. HOUSTON
                    UNITED STATES DISTRICT JUDGE